**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:25-cr-0067** |
| ) | |
| **CARLOS ALEXIS OLIVARES-TAVERAS,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

<u>**ORDER**</u>

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge dated February 17, 2026, recommending that the Defendant's plea of guilty to Count One of the Information, Illegal Entry by Alien into the United States, a violation of Title 8, United States Code, Section 1325(a)(1), and Count Two of the Information, Possession with Intent to Distribute a Controlled Substance, a violation of Title 21, United States Code, Section 841(a)(1), be accepted, and the Defendant be adjudged guilty. (ECF No. 48.) Defendant filed a Notice of Non-Objection to the Report and Recommendation on February 18, 2026. (ECF No. 49.) Also before the Court is Defendant's Unopposed Motion to Expedite Sentencing, also filed on February 18, 2026. (ECF No. 50.) Defendant's counsel has communicated with counsel for the Government who advised that the Government has no objection to Defendant's motion. *Id.* at 2. The parties are also willing to waive written sentencing recommendations and rely on oral allocution at sentencing. *Id.*

Accordingly, after careful consideration and review, there being no objection to the motion, and in light of the circumstances of this case, it is hereby

*United States v. Olivares-Taveras*
Case No. 3:25-cr-0067
Order
Page **2** of **2**

**ORDERED** that the Report and Recommendation, ECF No. 48, is **ADOPTED;** it is further

**ORDERED** that Defendant Carlos Alexis Oliveres-Taveras' plea of guilty as to Count One and Count Two of the Information is **ACCEPTED**, and that Carlos Alexis Oliveres-Taveras is adjudged **GUILTY** on those counts; it is further

**ORDERED** that Defendant Carlos Alexis Oliveres-Taveras' Unopposed Motion to Expedite Sentencing, ECF No. 50, is **GRANTED** to the extent that the Court will expedite the sentencing hearing in this matter; it is further

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties no later than **March 19, 2026**, it is further

**ORDERED** that the parties are excused from filing a sentencing memorandum and will be allowed to allocute at the sentencing hearing; and it is further

**ORDERED** that a sentencing hearing shall be held on **March 24, 2026, at 9:00 A.M. in STT Courtroom No. 1.**

**Dated:** March 2, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**